UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WILLIAM ROSAS and JOSE ORELLANA,
individually and on behalf of all others similarly
situated,

                Plaintiffs,                                      JUDGMENT

          v.                                               23-CV-1212 (DG)(MMH)

M AND M LA SOLUCION FLAT FIXED INC.,
MARCO T. MEJIA, and ELMA BUSTILLOS,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Diane Gujarati, United States District Judge, having been filed on September 30, 2024, adopting the Report and Recommendation of Magistrate Marcia M. Henry, dated September 10, 2024, granting Plaintiffs' second motion for default judgment; awarding Rosas damages in the amount of $134,374 which includes: (a) $32,574 in unpaid minimum wage pay; (b) $13,750.80 in unpaid overtime wages; (c) $7,236 in unpaid spread of hours premium pay; (d) $53,560.80 in liquidated damages; (e) $10,000 for statutory violations (f) $17,252.40 in prejudgment interest to increase by $13.20 per day the entry of judgment; awarding Orellana damages in the amount of $465,302.43 which includes (a) $66,006.40 in unpaid minimum wage pay; (b) $99,276.92 in unpaid overtime wages; (c) $20,109 in unpaid spread of hours premium pay; (d) $185,392.32 in liquidated damages; (e) $10,000 for statutory violations; (f) $84,517.79 in prejudgment interest to increase by $45.71 per day until the entry of judgment; (4) attorneys' fees of $35,993.50; (5) costs of $1,664.62; and (6) post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a); and the Clerk of Court having calculated the prejudgment interest at the rates set forth above from the date of the R&R through the date of entry of judgment and the interests being $264 (Rosas) and $914.20 (Orellana); it is

ORDERED and ADJUDGED that Plaintiffs' second motion for default judgment is granted; and that judgment is hereby entered in favor of Plaintiffs and against Defendants in the total amount of $638,512.75 ($134,638 for Rosas and $466,216.63 for Orellana), plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

Dated: Brooklyn, NY  
      September 30, 2024

Brenna B. Mahoney  
Clerk of Court

By: */s/Jalitza Poveda*  
     Deputy Clerk